# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-151
LT Case No. 2022-SC-000520

_____

ALICE SANFORD,

    Appellant,

    v.

GOLDEN PAVERS, LLC C/O
CYNTIA TEIXEIRA SANTOS,

    Appellee.

_____

On appeal from the County Court for Duval County.
Gary Flower, Judge.

Alice L. Sanford, Orange Park, pro se.

No Appearance for Appellee.

December 19, 2023

PER CURIAM.

    AFFIRMED.

EDWARDS, C.J., WALLIS, and LAMBERT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____